**TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
Justin M. Brandt, Bar No. 278368
justin.brandt@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040

Attorneys for Defendant
SANTANDER CONSUMER USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BRILEY, <br><br> Plaintiff, <br><br> v. <br><br> SANTANDER CONSUMER USA, INC., <br><br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(b), Defendant SANTANDER CONSUMER USA, INC. ("Defendant") hereby removes this action from the Superior Court of the State of California for the County of San Bernardino, to the United States District Court for the Central District of California, and in support thereof states as follows:

1. On July 27, 2015, Plaintiff Gabriela Briley ("Plaintiff") filed a complaint (the "Complaint") against Defendant in a civil action in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVDS 1510605 (the "State Court Action").

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26893403v1      CASE NO.
NOTICE OF REMOVAL

2. The Complaint in the State Court Action was served upon Defendant on August 28, 2015.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as **Exhibits A - F**.

4. In the State Court Action, Plaintiff alleges two causes of action: that Defendant violated (1) the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 et seq., and (2) the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

5. As to the second cause of action noted in the preceding paragraph, Plaintiff alleges Defendant violated the TCPA by using an automatic telephone dialing system or an artificial or prerecorded voice to telephone number(s) assigned to a cellular telephone service, in violation of 47 U.S.C. § 227(b)(1)(A)(iii). This is a claim under federal law.

6. A civil action is removable if a plaintiff could have originally brought the action in federal court pursuant to the Court's original jurisdiction. *See* 28 U.S.C. § 1441(a).

7. Under 28 U.S.C. § 1331, district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."

8. This Court has original jurisdiction over the present lawsuit pursuant to 28 U.S.C. § 1331 because Plaintiff alleges Defendant violated the laws of the United States, namely the TCPA. *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012).

9. That the Complaint also pleads a cause of action under state law does not prevent removal of the entire action. *See* 28 U.S.C. § 1367(a).

10. Pursuant to 28 U.S.C. § 1441(a), the State Court Action may be removed from the Superior Court of the State of California for the County of San

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26893403v1 — - 2 – — CASE NO.
NOTICE OF REMOVAL

1  Bernardino to the United States District Court for the Central District of California
2  because the latter Court has original jurisdiction over the case.

3  11. Defendant was served with the Summons and Complaint on August 28, 2015. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

5  12. Removal to this Court is appropriate pursuant to 28 U.S.C. § 1441(a). The Superior Court of the State of California for the County of San Bernardino is embraced by this Court.

8  13. Pursuant to 28 U.S.C. § 1446(d), a copy of Defendant's Notice of Filing Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court of the State of California for the County of San Bernardino, a copy of which is attached hereto as **Exhibit G**.

12  14. This Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d).

14  15. Defendant filed its Answer in the Superior Court of the State of California, for the County of San Bernardino on September 25, 2015, which is attached hereto as **Exhibit H.**

17  16. Defendant denies the allegations set forth in the Complaint, denies that Plaintiff has stated a claim for relief that may be granted, and denies that Plaintiff has been damaged in any manner. By this Notice of Removal, Defendant does not waive any defense, jurisdictional or otherwise, that it may possess.

\\
\\
\\
\\
\\
\\
\\
\\

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26893403v1   - 3 –   CASE NO.
NOTICE OF REMOVAL

1 WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Superior Court of the State of California for the County of San Bernardino to the United States District Court for the Central District of California.

Dated: September 25, 2015 **TROUTMAN SANDERS LLP**

By: */s/ Justin M. Brandt*
Chad R. Fuller
Justin M. Brandt
Attorneys for Defendant
SANTANDER CONSUMER USA, INC.

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26893403v1 - 4 – CASE NO.
NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on September 25, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Justin M. Brandt
Justin M. Brandt

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

26893403v1                         -4-                         CASE NO.
                         NOTICE OF REMOVAL