Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GABRIELA BRILEY,** | Case No. 5:15-cv-01981-FMO-KK |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **SANTANDER CONSUMER USA INC.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 10th day of March, 2016

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/ Justin M Brandt, Esq.
JUSTIN M. BRANDT
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 10th day of March, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Fernando M. Olguin
United States District Court
Central District of California

Chad R Fuller
Troutman Sanders LLP

Justin M Brandt
Troutman Sanders LLP

This 10th day of March, 2016.
s/Todd M. Friedman
TODD M. FRIEDMAN

Stipulation to Dismiss- 2