JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GABRIELA BRILEY,** | ) | Case No. 5:15-cv-01981-FMO-KK |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| **SANTANDER CONSUMER USA INC.,** | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 11th day of March, 2016.

_____/s/_____
The Honorable Fernando M. Olguin